UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
      :
TRUSTEES OF THE NEW YORK CITY DISTRICT    :
COUNCIL OF CARPENTERS PENSION FUND,     :
WELFARE FUND, ET AL.,    :
    :   19-cv-6441 (LJL)
                     Plaintiffs,    :
    :   <u>ORDER</u>
   -v-    :
    :
NYC FLOORING LLC, ET AL,    :
    :
                     Defendants.    X

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

        This case has been randomly reassigned to me for all purposes. It is hereby:

        ORDERED that the parties shall appear for a post-discovery conference on August 10, 2020 at 2:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

        In advance of the conference and no later than July 27, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by August 3, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the August 10, 2020 status conference.

        The deadline for submission of a Joint Pretrial Order is ADJOURNED to November 10, 2020.


        SO ORDERED.

Dated: February 13, 2020
       New York, New York                             LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020