USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ET AL., :
: 19-cv-6441 (LJL)
               Plaintiffs, :
   -v- : ORDER
:
NYC FLOORING LLC, ET AL, :
:
               Defendants. :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' letter-motion for sanctions (Dkt. No. 31) and Defendants' response (Dkt. No. 32).

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference on these letters on May 22, 2020 at 11:30 a.m. Parties are directed to call (888) 251-2909 and use access code 2123101. At the conference, the parties should be prepared to direct the Court to any specific discovery requests that are still at issue.

    IT IS FURTHER ORDERED that, in advance of the conference, the parties shall meet and confer.

    No further letters are permitted in advance of the conference, unless the parties resolve the disputes at issue in the above-referenced letters, in which case the parties may submit a letter advising the Court as such and requesting that the conference be cancelled.

    SO ORDERED.

Dated: May 15, 2020
       New York, New York                  _____
                                                             LEWIS J. LIMAN
                                                              United States District Judge