```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TRUSTEES OF THE NEW YORK CITY DISTRICT                             :
COUNCIL OF CARPENTERS PENSION FUND,                                :
WELFARE FUND, ET AL.,                                              :
                                                                   :           19-cv-6441 (LJL)
                                Plaintiffs,                        :
                                                                   :              ORDER
        -v-                                                        :
                                                                   :
NYC FLOORING LLC, ET AL,                                           :
                                                                   :
                                Defendants.                        X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. No. 36). IT IS HEREBY ORDERED that the parties shall appear for a conference on that motion at 2:30 p.m. on June 4, 2020. The conference will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

IT IS FURTHER ORDERED that, no later than 5:00 p.m. on June 3, 2020, Plaintiffs shall submit a blackline comparing the live complaint with the proposed Second Amended Complaint.

SO ORDERED.

Dated: June 2, 2020                          _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge