USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION,

               Plaintiffs,

    -v-

NYC FLOORING LLC, KNF RENOVATIONS, LLC,
SALVATORE MARZELLA, FRANK LIOY, SHERIE
LIOY and DENA PATTAKOS

               Defendants.
------------------------------------------------------------------X

19-cv-6441 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Counsel for Defendants has moved the Court for permission to withdraw pursuant to Local Rule 1.4.  Dkt. No. 54.  Counsel cites Defendants' failure to pay outstanding legal fees and inability to pay anticipated fees to be incurred in defending the action.  Dkt. No. 54-2.  The Court has determined that counsel has shown good cause to withdraw and, accordingly, counsel's request is GRANTED.

    SO ORDERED.

Dated: November 19, 2020
       New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge