USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :         19-cv-6441 (LJL)
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES :
OF THE NEW YORK CITY CARPENTERS RELIEF :         ORDER
AND CHARITY FUND, and THE NEW YORK CITY :
AND VICINITY CARPENTERS LABOR- :
MANAGEMENT CORPORATION, :
:
                     Plaintiffs, :
:
    -v- :
:
NYC FLOORING L.L.C., KNF RENOVATIONS, LLC, :
SALVATORE MARZELLA, FRANK LIOY, SHERIE :
LIOY, and DENA PATTAKOS, :
:
                     Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs Trustees of the New York City District Council of Carpenters Pension, Welfare, and Annuity, Apprenticeship, Journeyman Retraining, Educational and Industry Funds are employer and employee trustees of multiemployer labor-management trust funds governed by the Employee Retirement Income Security Act ("ERISA").  Plaintiffs brought this action alleging that the trusts were owed delinquent contributions by Defendants.

      On October 28, 2020, counsel for Defendants filed a proposed order for withdrawal.  Dkt. No. 57.  On November 19, 2020, the Court granted counsel's motion.  At a subsequent conference held on November 23, 2020, the individual defendants appeared pro se, but NYC Flooring L.L.C. and KNF Renovations did not appear.  On February 16, 2021, Plaintiff moved for an entry of a default judgment against Defendants NYC Flooring L.L.C. and KNF Renovations pursuant to Federal Rule of Civil Procedure 55(b)(2).  Dkt. No. 71.  Plaintiff filed certificates of service of NYC Flooring L.L.C. and KNF Renovations on February 23, 2021.  Dkt. Nos. 76, 77.

      Pursuant to the Court's authority under Federal Rule of Civil Procedure 55, the Court has examined Plaintiff's motion for default judgment and the complaint, Dkt. No. 1.  The Court is satisfied that the allegations of the complaint—if taken as true—would establish liability as to NYC Flooring L.L.C. and KNF Renovations.  Because NYC Flooring L.L.C. and KNF Renovations have failed to appear despite having been served, it is hereby ORDERED that a

default judgment is entered against Defendants NYC Flooring L.L.C. and KNF Renovations as to liability on Plaintiffs' claims.

Parties are directed to appear for a telephonic status conference on October 7, 2021 at 2:00 p.m.  Parties are directed to dial 888-251-2909 and use access code 2123101.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 71.

SO ORDERED.

Dated: September 15, 2021
New York, New York

LEWIS J. LIMAN
United States District Judge