**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                     Plaintiffs,

   -against-                                             19 **CIVIL** 6441 (LJL)

                                                                   **JUDGMENT**

NYC FLOORING L.L.C., KNF RENOVATIONS,
LLC, SALVATORE MARZELLA, FRANK
LIOY,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 25, 2022, judgment is entered in favor of Plaintiffs and against NYC Flooring L.L.C. and KNF Renovations in the amount of $5,917,944.87 ($5,847,489.29 for damages and $70,455.58 for attorneys' fees and costs) with post-judgment interest at the rate provided for in 28 U.S.C. § 1961(a), accruing from May 25, 2022.

**Dated:**  New York, New York

     May 25, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                            **BY:**     *K. Mango*

                                                                 **Deputy Clerk**