```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TRUSTEES OF THE NEW YORK CITY DISTRICT                           :
COUNCIL OF CARPENTERS PENSION FUND,                              :
WELFARE FUND, ANNUITY FUND, and                                  :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                           :      19-cv-6441 (LJL)
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES                          :
OF THE NEW YORK CITY CARPENTERS RELIEF                           :           ORDER
AND CHARITY FUND, and THE NEW YORK CITY                          :
AND VICINITY CARPENTERS LABOR-                                   :
MANAGEMENT CORPORATION,                                          :
                                                                 :
                          Plaintiffs,                            :
                                                                 :
        -v-                                                      :
                                                                 :
NYC FLOORING L.L.C., KNF RENOVATIONS, LLC,                       :
SALVATORE MARZELLA, FRANK LIOY,                                  :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     By Memorandum and Order dated May 25, 2022, the Court granted Plaintiffs' motion for damages associated with the default judgment the Court previously entered. The only remaining defendants in this case are Salvatore Marzella and Frank Lioy. The Court has been informed that Marzella and Lioy have filed for bankruptcy. The action is therefore STAYED, and the remaining defendants are directed to file a update with the Court regarding the status of the bankruptcy proceedings no later than June 24, 2022 and every ninety days thereafter.

     SO ORDERED.

Dated: May 27, 2022  
       New York, New York

                                                       LEWIS J. LIMAN  
                                                   United States District Judge