UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and :
APPRENTICESHIP, JOURNEYMAN RETRAINING, : 19-cv-6441 (LJL)
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES :
OF THE NEW YORK CITY CARPENTERS RELIEF : ORDER
AND CHARITY FUND, and THE NEW YORK CITY :
AND VICINITY CARPENTERS LABOR- :
MANAGEMENT CORPORATION, :
:
                Plaintiffs, :
:
   -v- :
:
SALVATORE MARZELLA, FRANK LIOY, :
:
                Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By Order dated May 27, 2022, the Court stayed the action as against the remaining defendants Salvatore Marzella and Frank Lioy and directed those defendants to file an update with the Court regarding the status of the bankruptcy proceedings no later than June 24, 2022 and every ninety days thereafter. Marzella and Lioy have not complied with that obligation.

      It is hereby ORDERED that by July 18, 2022, Marzella and Lioy shall file on the docket an update regarding the status of the bankruptcy. They shall file an update every ninety days thereafter.

      SO ORDERED.

Dated: July 11, 2022
       New York, New York
                                                   LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022