```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT         :
COUNCIL OF CARPENTERS PENSION FUND,            :
WELFARE FUND, ANNUITY FUND, and                :
APPRENTICESHIP, JOURNEYMAN RETRAINING,         :      19-cv-6441 (LJL)
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES        :
OF THE NEW YORK CITY CARPENTERS RELIEF         :      ORDER
AND CHARITY FUND, and THE NEW YORK CITY        :
AND VICINITY CARPENTERS LABOR-                 :
MANAGEMENT CORPORATION,                        :
:
                Plaintiffs,                :
:
   -v-                                         :
:
SALVATORE MARZELLA, FRANK LIOY,                :
:
                Defendants.                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By letter dated September 23, 2022, Plaintiffs informed the Court that the Bankruptcy Court for the District of New Jersey discharged the remaining Defendants' debts owed to Plaintiffs. Dkt. No. 91. Plaintiffs further requested that the Court discontinue the case against the remaining Defendants—Salvatore Marzella and Frank Lioy—and close the case.

      The request is GRANTED. Treating the letter as an application under Federal Rule of Civil Procedure 21, which allows a court to "at any time, on just terms, add or drop a party," Fed. R. Civ. P. 21, or under the Court's inherent powers, the Court will discontinue the action against Marzella and Lioy.

      The Clerk of Court is respectfully directed to terminate Defendants Salvatore Marzella and Frank Lioy and to close the case.

      SO ORDERED.

Dated: September 26, 2022
       New York, New York                    _____
                                                                LEWIS J. LIMAN
                                                                 United States District Judge